WAYNE COUNTY LIBRARY BOARD v WAYNE COUNTY BOARD OF COM-

missioners. (Docket No. 60601.) Defendant-appellee's motion for equitable relief is considered, and it is denied because the Court is not persuaded that the relief requested should be granted. *Harris, Lax, Goldman & Gregg* for plaintiff-appellant. *Aloysius J. Suchy,* Corporation Counsel, and *William J. MacQueen,* Assistant Corporation Counsel, for defendant-appellee Wayne County Board of Commissioners. *Zwerdling & Maurer* for defendant-appellee AFSCME Council 23. Reported below: 78 Mich App 240.

MAY 3, 1979

PROPOSED AMENDMENT OF GCR 1963, 932. On Order of the Court, this is to advise that the Court is considering a proposal to amend GCR 1963, 932. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 932. JUDICIAL TENURE COMMISSION.

.1—.21 (Unchanged.)

.22 Confidentiality and Privilege of Proceedings.

(a)-(e) (Unchanged.)

(f) Violation of this subrule by a member of the commission or its staff constitutes contempt of the Supreme Court. The Supreme Court shall issue an order to show cause and hold a hearing to determine if a person accused of violating this subrule should be held in contempt.

.23—.30 (Unchanged.)

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.